IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DWIGHT ELLIS BROOKS**                                              **PLAINTIFFS**

v.                              Case No. 4:14CV00309 KGB

**DENNIS HANSEN, J. LEON HOLMES, BRIAN S. MILLER**
**JACOB LEW and RICHARD M. PENCE, JR.**                              **DEFENDANTS**

## ORDER

The above styled case was assigned to this Court's docket on May 20, 2014. Due to the Court's relationship with Chief Judge Miller and Judge J. Leon Holmes, Judge Baker recuses from this case in order to avoid the appearance of impropriety. The Clerk will reassign this action.

IT IS SO ORDERED this 13th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE