**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DWIGHT ELLIS BROOKS                                                                           PLAINTIFF

v.                                      No. 4:14CV00309 JLH

DENNIS HANSEN; J. LEON HOLMES;
BRIAN S. MILLER; JACOB LEW;
and RICHARD M. PENCE, JR.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of Dwight Ellis Brooks is dismissed with prejudice as to Dennis Hansen, J. Leon Holmes, and Richard M. Pence, Jr., and without prejudice as to Jacob Lew and Brian S. Miller.

IT IS SO ORDERED this 16th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE